WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
   Attorney for Plaintiff

FILED'06 MAY 26 14:44USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KATHLEEN SHOEMAKER-HITT,**     CV # 03-1518-HA

   Plaintiff,

vs.                                ORDER

**COMMISSIONER of Social Security,**

   Defendant.

---

   Attorney fees in the amount of $7,499.99 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above.

   DATED this 26 day of May, 2006.

                                                                          United States District Judge

Submitted on May 23, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
   Attorney for Plaintiff

ORDER - Page 1